Michael R. OLSEN; Sheila Olsen,
Plaintiffs–Appellants,

v.

COUNTY OF SACRAMENTO; Plan-
ning and Community Development
Department, Defendants–Appellees.

No. 00–16243.

D.C. No. CV–98–01094–FCD.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.*

Decided May 31, 2001.

Before PREGERSON, FERNANDEZ,
and WARDLAW, Circuit Judges.

MEMORANDUM **

Michael and Sheila Olsen appeal pro se
the district court's summary judgment dis-
missal of their 42 U.S.C. § 1983 action
against the County of Sacramento and its
Planning and Community Development
Department. We have jurisdiction pursu-
ant to 28 U.S.C. § 1291, and we affirm.

The Olsens contend that the County and
Planning Department did not meet their
burden as the moving parties on summary
judgment. We review a grant of summary
judgment de novo. *Weiner v. San Diego
County,* 210 F.3d 1025, 1028 (9th Cir.2000).

The County of Sacramento and the
Planning Department met the burden of
demonstrating that no genuine issues of
material fact existed and that they were
entitled to judgment as a matter of law.
*See Celotex Corp. v. Catrett,* 477 U.S. 317,
323, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986).
Because the Olsens failed to produce evi-
dence that there is a genuine issue for
trial, the district court's grant of summary
judgment was proper. *See Schneider v.
TRW,* 938 F.2d 986, 991 (9th Cir.1991).

We have considered the Olsens' remain-
ing contentions and deny them for lack of
merit.

AFFIRMED.

---

\* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

